**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LANDON INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | No. 23-cv-00691<br><br>Judge Elaine E. Bucklo<br>Magistrate Judge Heather K. McShain |

**MOTION TO COMPEL COMPLIANCE WITH DEFAULT JUDGMENT ORDER**

Plaintiff Landon Innovations, LLC, ("Plaintiff") respectfully requests an Order compelling LianLian Global ("LianLian") to comply with the Default Judgment Order entered on June 21, 2023 [62]. In support of the motion, Plaintiff states:

1. This Court granted a Default Judgment Order [62] on June 21, 2023.

2. Pursuant to the Default Judgment Order, LianLian was to comply by, inter alia, remitting funds from the defaulted merchants' accounts within fourteen (14) calendar days of receipt of the Order. ECF No. 62, ¶ 7.

3. Plaintiff served Default Judgment Order on LianLian via email on October 2, 2023.

4. Plaintiff contacted LianLian regarding the status of compliance with the Default Judgment Order on December 11, 2023.

5. Plaintiff sent a year-end summary regarding the Default Judgment Order to LianLian on December 28, 2023, and demanded compliance by January 15, 2024.

6. To date, LianLian has not complied with the Default Judgment Order.

1

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order compelling LianLian to comply fully with the Default Judgment Order within five (5) days.

Dated: January 18, 2024

Respectfully submitted,

/s/ James E. Judge
Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago, IL 60602
(312) 724-8874
jjudge@fleneriplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, I served the foregoing document upon LianLian Global at support-us@lianlianglobal.com, steven.teixeira@global.lianlian.com, support@lianlianglobalus.zendesk.com, jason.lo@lianlian.com, liying002@lianlianpay.com, wangyc004@lianlianpay.com, wangss005@lianlianpay.com, cyrus.hui@lianlian.com, and zhuxs@lianlian.com by attaching it to an email message.

/s/William Eskridge  
Paralegal  
Flener IP Law, LLC